UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CHRISTINE A. BERGERSON

                                        Plaintiff,

                v.                                              6:06-CV-1476

NEW YORK STATE OFFICE OF MENTAL
HEALTH CENTRAL NEW YORK PSYCHIATRIC
CENTER,

                                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## **O R D E R**

        Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on November 25, 2009, in Utica, New York, it is hereby

        ORDERED that

        (1) Defendant's motion for judgment as a matter of law is DENIED;

        (2) Defendant's motion for a new trial is DENIED;

        (3) Defendant's motion to reduce the jury's damages award to $300,000 is

GRANTED;

        (4) Defendant's motion to bar any award of back pay is GRANTED;

        (5) Plaintiff's cross-motion to amend the prior order dismissing her <u>Second</u>, <u>Fourth</u>,

and <u>Sixth Causes of Action</u> is DENIED;

        (6) Plaintiff's counsel is directed to submit her motion for attorney's fees no later

than January 4, 2010; and

(7) Defendant's response is due no later than January 25, 2010.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 25, 2009
       Utica, New York