# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## SUPPLEMENTAL
## JUDGMENT IN A CIVIL CASE

**CHRISTINE A. BERGERSON**,

    Plaintiff,

vs.                                    **CASE NUMBER: 6:06-CV-1476**

**NEW YORK STATE OFFICE
OF MENTAL HEALTH, CENTRAL
NEW YORK PSYCHIATRIC CENTER,**

    Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT the plaintiff is awarded back pay in the total amount of $92,516.53, including interest and compounded annually; and that plaintiff is awarded attorneys' fees and costs in the total amount of $9040.50, for a total of $101,557.03;

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 3rd day of April, 2012.


DATED: April 3, 2012

                                                      Clerk of Court

                                                      s/

                                                      Christine Mergenthaler
                                                      Deputy Clerk